FILED & ENTERED

SEP 01 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-11243-WJ |
| PATRICIA ANN DOUBLET, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |
| | Hearing Date:<br>Date:    September 7, 2022<br>Time:   2:30 p.m.<br>Ctrm.:  304 |

A hearing is currently scheduled in this case for September 7, 2022 at 2:30 p.m. regarding the motion of SchoolsFirst Federal Credit Union for relief from the automatic stay [docket #44]. No one has filed opposition to the motion and the deadline to do so has passed. Having reviewed the case and the motion, the Court hereby finds that no oral argument is necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby takes off calendar the hearing and waives appearances. No hearing shall occur.

1    For the reasons set forth in the unopposed motion, the Court finds that relief from the

2    automatic stay is appropriate and the Court is prepared to enter an order granting the motion with

3    the relief requested on page 5 in paragraphs 1, 2 and 6 of the prayer of the motion pursuant to

4    11 U.S.C. § 362(d)(1).  It is undisputed that the debtor failed to timely make payments to the

5    moving party and no one has filed opposition to the motion.  Counsel for the moving party should

6    submit a proposed order with such relief within fourteen days.

7    This order takes off calendar the hearing.  It does not grant any relief.  A further order is

8    necessary.  If counsel does not submit a proposed order within fourteen days, the moving party

9    should assume the Court will follow LBR 9021-1(b)(1)(C) and assume the matter has been

10   abandoned and enter an order denying the motion. See LBR 9021-1(b)(1)(C) ("If no party submits

11   a proposed order, the Court may prepare and enter such order as it deems appropriate . . . .").

12   IT IS SO ORDERED.

13                                                     ###

14

15

16

17

18

19

20

21

22

23

24   Date: September 1, 2022

25   Wayne Johnson
     United States Bankruptcy Judge

26

27

28

- 2 -