**HESTON & HESTON**
BENJAMIN HESTON (297798)
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>  Debtor. | Case No.: 6:22-bk-11243-WJ<br><br>Chapter 13<br><br>**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**<br><br><u>Hearing</u><br>Date: September 26, 2022<br>Time: 2:30 p.m.<br>Location:<br>   Courtroom 304<br>   United States Bankruptcy Court<br>   Central District of California<br>   3420 Twelfth Street<br>   Riverside, California 92501 |

I, Patricia Doublet, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on April 2, 2022. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 4890 Huntsmen Place, Fontana, CA 92336 ("Property") which I have listed on Schedule A/B with a value of $.

3. To the best of my knowledge, I believe that a foreclosure sale is currently set for November 4, 2022.

1

4. The Property is my current residence.
5. The Property is encumbered by a first deed of trust in favor of The Bank of New York Mellon and serviced by Shellpoint Mortgage Servicing.
    a. The current principal balance owing is $361,751.80;
    b. My monthly mortgage payment is currently $1,791.71;
    c. The unpaid, accrued arrearage is $87,573.71.
6. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder |
| --- | --- |
| January 2021 | |
| February 2021 | |
| March 2021 | |
| April 2021 | |
| May 2021 | |
| June 2021 | |
| July 2021 | |
| August 2021 | |
| September 2021 | |
| October 2021 | |
| November 2021 | |
| December 2021 | |
| January 2022 | |
| February 2022 | |
| March 2022 | |
| April 2022 | |
| May 2022 | $1,791.71 |

| | |
|---|---|
| June 2022 | $1,704.00 |
| July 2022 | (conduit) |
| August 2022 | (conduit) |
| September 2022 | (conduit) |

7. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

8. In 2021, my total income from all sources was $127,504.20.

9. In 2022, my income from all sources is $88,779.58 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: September 6, 2022

_____
PATRICIA DOUBLET

3



# MoneyGram

**CUSTOMER COPY/COPIA PARA EL CLIENTE**

MONEYGRAM PAYMENT SYSTEMS, INC.
1550 Utica Ave S
Minneapolis, MN 55416
1(800)926-9400
www.moneygram.com

CVS/Pharamcy - #08589
Date/Fecha: 06/01/22       Time/Hora: 14:31
ExpressPayment
SEND/ENVIO

Sender Information/Información del remitente:
PATRICIA DOUBLET
4890 HUNTSMEN PL
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Third Party Information/Información de terceros:

Receiver Information/Información del destinatario:
TFS BILL PAY

Receive code/Código de recepción:
16536
Web Site / Sitio Web:

Phone/Teléfono:
Account ID/Identificador de cuenta:
****2961
Attention/Atención:

Message/Mensaje:

Reference #/No. de referencia 60374837

```
Amount
Transferred/Importe
transferido:            +    1655.00 USD
Fee/Cargo:              +       8.99 USD
Taxes/Impuestos:        +       0.00 USD

Total/Total:                 1663.99 USD
```

It may take this company 1 to 3 business day(s) to post your payment once it is processed./Puede tomar la empresa 1 a 3 dias laborables para publicar su pago una vez procesado.



# MoneyGram

**CUSTOMER COPY/COPIA PARA EL CLIENTE**

MONEYGRAM PAYMENT SYSTEMS, INC.
1550 Utica Ave S
Minneapolis, MN 55416
1(800)926-9400
www.moneygram.com

CVS/Pharamcy - #08589
Date/Fecha: 06/01/22    Time/Hora: 19:46
ExpressPayment
SEND/ENVIO

Sender Information/Información del remitente:
PATRICIA DOUBLET
4890 HUNTSMEN PL
FONTANA, CA 92336
Phone/Teléfono: 9098414490

Third Party Information/Información de terceros:

Receiver Information/Información del destinatario:
TFS BILL PAY

Receive code/Código de recepción:
15536
Web Site / Sitio Web:

Phone/Teléfono:
Account ID/Identificador de cuenta:
****2961
Attention/Atención:

Message/Mensaje:

Reference #/No. de referencia 16962158

```
Amount
Transferred/Importe
 transferido:           +      49.00 USD
Fee/Cargo:              +       8.99 USD
Taxes/Impuestos:        +       0.00 USD

Total/Total:                   57.99 USD
```

It may take this company 1 to 3 business day(s) to post your payment once it is processed./Puede tomar la empresa 1 a 3 dias laborables para publicar su pago una vez procesado.



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 6, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Benjamin Heston    bheston.ecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
Paul V Reza    pvr1789@gmail.com, PVRLaw@gmail.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Kristin A Zilberstein    Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 6, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2022 | Yanira Flores | /s/Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

**Franchise Tax Board**
Bankruptcy Section MS: A-340
Sacramento, CA 95812-2952

**FRANCHISE TAX BOARD**
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**Mohela/Dept of Education**
633 Spirit Drive
Chesterfield, MO 63005

**SchoolsFirst Federal Credit Union**
PO Box 11547
Santa Ana, CA 92711

**Shellpoint Mortgage Servicing**
55 Beattie Place
Greenville, SC 29601

**Shellpoint Mortgage Servicing**
P.O. Box 619063
Dallas, TX 75261-9063

**THE BANK OF NEW YORK MELLON**
PO Box 10826
Greenville, SC 29603

**Trustee Corps**
17100 Gillette Avenue
Irvine, CA 92614