**Rod Danielson, Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>PATRICIA ANN DOUBLET<br><br>Debtor(s). | Case No.: 6:22-bk-11243-WJ<br><br>Chapter 13<br><br>CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION<br><br><u>Confirmation Hearing</u><br>Date: September 26, 2022<br>Time: 2:30 pm<br>Courtroom: 304 |

The Chapter 13 Trustee recommends confirmation per the proposed terms set forth on the attached confirmation worksheet. Debtor(s) must file a response to this statement by the deadline set forth in the Court's Scheduling Order.

Dated: 09/07/2022

_____
Rod Danielson, Chapter 13 Trustee

FG: 255 - 09/07/2022 - BK

# Chapter 13 Confirmation Worksheet

Name of Debtor(s):     **PATRICIA ANN DOUBLET**          Case #: **6:22-bk-11243-WJ**    Calendar #:

Date of Filing of Plan: **04/14/2022**          Docket Number: **13**

Is this confirmed plan (circle one):     (an original plan)          an amended plan

Plan Term:

    Starting **05/02/2022** the monthly plan payment is **$1,655.00**
    Starting **06/02/2022** the monthly plan payment is **$1,704.00**
    Starting **07/02/2022** the monthly plan payment is **$3,674.00**
    Starting **10/02/2022** the monthly plan payment is **$4,805.00**
    Starting **01/02/2023** the monthly plan payment is **$4,541.00**

Monthly due date: **2nd**

Number of Months: **60**

Percentage to General Unsecured Creditors: **100%**

Attorney fees:

    Total amount awarded: **$5000**
    Amount of Fees Already Paid to Counsel: **$0**
    Refund to Trustee:
    Remaining amount of Fees to Be Paid from Estate: **$5000** at a rate no more than **$500** per month.

Interlineations:

1.     The Trustee shall pay the secured claim of the **Shellpoint Mortgage Servicing** in the amount of **$87,573.71** at a rate no less than **$1,459.56** per month for **60** months.

2.     The Trustee shall pay the priority claim of the **Franchise Tax Board** in the amount of **$4,189.05** at a rate no less than **$69.82** per month for **60** months.

• **Debtor shall directly pay student loan creditors and relief from the automatic stay is hereby granted in favor of all such creditors.**
• **Debtor(s) must pay at 100% to the unsecured creditors per the liquidation analysis.**
***The post-petition default on the 2017 Chevy Suburban computed through August 31,2022 in the amount of $2,151.16 will be paid to SchoolsFirst Federal Credit Union as follows: $1,433.37 directly by the debtor on or before August 31, 2022 and $240 per month shall be paid through the chapter 13 plan starting with the October 2022 disbursement through the December 2022 disbursement.**

## Direct Payments/Conduit Payments

Does the plan contemplate that the debtor(s) will be responsible for making any payments directly to creditors?     Yes     **(No)**

If so, for any and all direct payments, complete the following:

| Name of Creditor: | Monthly Payment $ | Collateral: | Lien Priority (1st or 2nd or other) |
|---|---|---|---|
| | | | |

**If the Trustee will pay the senior mortgage for the debtors' residence during the plan, complete the following:**

The senior mortgage encumbering the **residence** of the Debtors shall be paid as follows. The Trustee shall commence making the monthly mortgage payment in **July2022** in the approximate amount of **$1705.06** per month to creditor **Shellpoint Mortgage Servicing**.

The Trustee shall also commence making the monthly auto payment for the **2017 Chevy Suburban** in **October 2022** in the approximate amount of **717.79** per month to the creditor **SchoolsFirst Federal Credit Union**.

Will any assets be abandoned:          Yes          **(No)**

FG: 255 - 09/07/2022 - BK

| In re: **PATRICIA ANN DOUBLET** | Chapter: **13** |
|---|---|
| Debtor(s) | Case Number: **6:22-bk-11243-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached pag

**2. SERVED BY UNITED STATES MAIL**:
On **9/7/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing

Debtor
PATRICIA ANN DOUBLET
4890 HUNTSMEN PLACE
FONTANA, CA  92336

Attorney for Debtor
HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD RD, STE 280
IRVINE, CA  92612

☐ Service Information continued on attached pa

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **09/07/2022** I served the following persons and/or entities by personal delivery, overnight mail service, or  (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here

HONORABLE WAYNE E. JOHNSON
3420 TWELFTH STREET, COURTROOM 304
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pa

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 9/7/2022 | Susan Jones | *Susan Jones* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

FG: 255 - 09/07/2022 - BK

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012

**F 9013-3.1.PROOF.SERVICE**

FG: 255 - 09/07/2022 - BK