# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, September 26, 2022**                                                              **Hearing Room**    **304**

<u>2:30 PM</u>
**6:22-11243**   **Patricia Ann Doublet**                                                              **Chapter 13**

   **#21.00**   Hrg re status conference regarding confirmation of the chapter 13 plan

         FROM: 5-18-22

                          Docket     1

**Matter Notes:**

    PRESENT: _B. Kelly_

    Counsel for the Debtor(s): _B. Heston_

( )    The status conference is concluded.

(X)    The status conference is continued to _2/27/23 at 11 a.m._
Counsel for the debtors shall appear at the next status conference but the debtors are not required to appear.

( )    The status conference is continued to _____.
Debtors are ordered to appear at the next status conference.

( )    Off calendar

( )    _____

**Tentative Ruling:**

      No appearances by debtors are required today but attorneys for debtors do need to appear.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, September 26, 2022**      **Hearing Room**    **304**

___

**2:30 PM**
**CONT...**     **Patricia Ann Doublet**      **Chapter 13**

This hearing will occur by video using Zoom (not CourtCall). Courtroom 304 has not yet transitioned to facilitate appearances simultaneously by video and in person. Hybrid hearings are not occurring in courtroom 304 at this time. Therefore, even though Judge Johnson's courtroom is now open for in-person hearings on all other matters, this hearing today will occur by Zoom only. No appearances will be possible in the courtroom for this matter. All parties should attend the hearing today by video using the following information:

Meeting URL: https://cacb.zoomgov.com/j/1604047298
Meeting ID: 160 404 7298
Password: 091555

### Party Information

**Debtor(s):**

Patricia Ann Doublet      Represented By
                            Benjamin R Heston

**Trustee(s):**

Rod Danielson (TR)      Pro Se