| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kristin A. Zilberstein, Esq. (SBN: 200041)<br>PADGETT LAW GROUP<br>546 Silicon Dr., Suite 103<br>Southlake, TX 76092<br>(850) 422-2520 Office<br>(850) 422-2567 Fax<br>Kris.Zilberstein@Padgettlawgroup.com<br><br>☐ Attorney for | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br>vs.<br><br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Kristin A. Zilberstein__ , __200041__ , __kris.zilberstein@padgettlawgroup.com__
      *Name*        *Bar ID Number*        *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

___

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address __546 Silicon Dr., Suite 103, southlake, TX 76092_____
New Telephone Number _____ New Facsimile Number _____
New E-Mail Address _____

___

Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 2/7/23          /s/ Kristin A. Zilberstein
                                                  Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case No. | Case Title | Chapter / Lead BK case |
|---|---|---|
| 1:11-bk-11603-VK | Kevan Harry Gilman | 7 |
| 1:11-bk-16307-MT | Diana Lopez | 7 |
| 1:12-bk-10231-MT | Owner Management Service, LLC | 7 |
| 1:12-bk-10986-MB | Allana Baroni | 7 |
| 1:15-bk-14044-MB | Ahmad Heidari and Nafiseh Alamdar Heidari | 13 |
| 1:16-bk-12201-MB | Andrea Beckham | 13 |
| 1:16-bk-12523-VK | Brent Carpenter | 13 |
| 1:16-bk-13648-MB | Lisa Marie Payne | 13 |
| 1:17-bk-10297-MB | Felix Ray Wright | 13 |
| 1:17-bk-10673-VK | Hermann Muennichow | 7 |
| 1:18-bk-10170-VK | Anthony Arieh Surkin and Lili Merhavi Surkin | 13 |
| 1:18-bk-10662-MB | Doris Elizabeth Rosales | 13 |
| 1:18-bk-11449-VK | Ronald Glen Hooker and Sheryl Marie Hooker | 13 |
| 1:18-bk-11620-VK | Antoine R Chamoun | 7 |
| 1:18-bk-12844-VK | Shirley Ann Walker | 13 |
| 1:18-bk-12855-MT | PB-1, LLC | 11 |
| 1:19-bk-11885-MB | Joanne Sherry Block and Paul Henry Block | 13 |
| 1:19-bk-11930-MB | Vicente M Aguilar | 13 |
| 1:19-bk-12074-VK | Audley Burns Chisholm and Pamela Allison Chisholm | 13 |
| 1:19-bk-12261-MB | Ilda Eduwiges Alvarez | 11 |
| 1:19-bk-12580-MB | Marla Garcia | 13 |
| 1:19-bk-13069-MB | Kenneth Lee Altbush | 13 |
| 1:20-bk-11112-MB | Nathan Daneshrad | 13 |
| 1:20-bk-11163-VK | Mario Alberto Orozco | 13 |
| 1:20-bk-11512-MT | McClay Design & Development LLC | 7 |
| 1:21-bk-10007-MB | Catherine Marie Anway | 13 |
| 1:21-bk-10696-VK | Carol Audrey Blackwood | 13 |
| 1:22-bk-11064-VK | James Anthony Torres and Miriam Araceli Torres | 13 |
| 1:22-bk-11183-VK | Teresita Avila Alba | 11 |
| 1:22-bk-11354-VK | Jorge Andrade | 13 |
| 1:22-bk-11436-MB | Frine Karina Medrano | 7 |
| 2:15-bk-18028-ER | Perla Melgar | 11 |
| 2:16-bk-24103-SK | Milton Conrado Rodriguez Lopez | 13 |
| 2:17-bk-11347-WB | Mona Lynn Clayton | 13 |
| 2:17-bk-11466-SK | Jose Antonio Cabrera | 13 |
| 2:17-bk-16772-WB | Jose Roberto Rendon | 13 |
| 2:17-bk-19201-WB | Araceli V. Mickes | 13 |
| 2:17-bk-19614-WB | Imre Halmai and Hanh Phan O'Neal | 13 |
| 2:17-bk-20145-VZ | Derek Lee Finney and Danielle Helene Frederick | 13 |
| 2:17-bk-20559-WB | Ernesto De La Cruz | 13 |
| 2:17-bk-21631-WB | John Doyle Roche, III | 13 |
| 2:17-bk-22557-SK | Maricela Carranza | 13 |
| 2:17-bk-23312-NB | Deepak Sagar | 13 |
| 2:17-bk-24238-NB | Martin Rosales and Ruby Rosales | 13 |
| 2:17-bk-24278-SK | Luis Gerardo Armas | 13 |
| 2:17-bk-24539-VZ | Maria Del Rosio Herrera | 13 |

| Case Number | Debtor | Chapter |
|---|---|---|
| 2:18-bk-10339-NB | Estela Toledo | 13 |
| 2:18-bk-10597-BB | Denise Latrice Wheeler | 11 |
| 2:18-bk-11357-SK | Wanda Lee | 13 |
| 2:18-bk-11589-WB | Scott Robert Fulton and Jennifer Renee Fulton | 13 |
| 2:18-bk-12684-VZ | Donald Baxter | 13 |
| 2:18-bk-13070-VZ | Robert Cruz, Jr. | 13 |
| 2:18-bk-13503-WB | Sandra Olivo | 13 |
| 2:18-bk-16074-WB | Rubaldo Valdez | 13 |
| 2:18-bk-16778-WB | Lisa Jordan | 13 |
| 2:18-bk-17108-WB | Antonio Luis Gilbreath and Dione Renken Gilbreath | 13 |
| 2:18-bk-17392-VZ | Paul De La Cerda | 13 |
| 2:18-bk-17694-NB | Michael Valdez and Veronica Valdez | 13 |
| 2:18-bk-18869-SK | Cynthia Andrea Divinity | 13 |
| 2:18-bk-18898-NB | Ginger Brown | 13 |
| 2:18-bk-19012-NB | Regina Le'June Martin | 13 |
| 2:18-bk-19018-NB | Merita F. Fulmore | 13 |
| 2:18-bk-21565-NB | Margaret Odiakosa | 13 |
| 2:18-bk-21585-SK | Jorgiana Marisa Salinas | 13 |
| 2:18-bk-23022-NB | Jonathan Ray Harris and Denise Christina Harris | 13 |
| 2:18-bk-23129-NB | Andrik Hernandez and Shavell D Vasser | 13 |
| 2:18-bk-23231-NB | Antonio Antonetti | 13 |
| 2:18-bk-23323-NB | Kimberly Jean Grant | 13 |
| 2:18-bk-23440-WB | Kenneth D Pritchett, Sr. | 13 |
| 2:18-bk-23997-WB | Raul C Martinez | 13 |
| 2:18-bk-24166-SK | Maria E San Miguel | 13 |
| 2:19-bk-10891-SK | Eduardo Sanchez Fragada and Laura Fragada | 13 |
| 2:19-bk-11672-VZ | Maria Tlatenchi Rodriguez | 13 |
| 2:19-bk-11861-WB | Ernesto Flores and Gabriela Flores | 13 |
| 2:19-bk-12254-NB | Hiram De Los Rios | 13 |
| 2:19-bk-12294-WB | Eric Wayne Swain and Rachel Marie Swain | 13 |
| 2:19-bk-12643-SK | Bennie Ray Freeman | 13 |
| 2:19-bk-12739-SK | Maribel Garcia De Brindis | 13 |
| 2:19-bk-14577-SK | Ernestine Henry | 13 |
| 2:19-bk-14588-NB | Ingrid Beatrice Moody | 13 |
| 2:19-bk-15985-NB | Donald Eugene Green | 13 |
| 2:19-bk-16146-SK | Claressa Arlene Williams | 13 |
| 2:19-bk-16321-WB | Geraldine Base | 13 |
| 2:19-bk-16453-WB | Gurcharanjit Singh Sidhu and Renee Lee Sidhu | 13 |
| 2:19-bk-16538-WB | Felipe Bueno, Jr. | 13 |
| 2:19-bk-16883-NB | Pamela Golden-Rice | 13 |
| 2:19-bk-18744-SK | Dora Maria Obeso | 13 |
| 2:19-bk-19018-SK | Maria Dolores Silva | 13 |
| 2:19-bk-20749-NB | Cintya Gomez | 13 |
| 2:19-bk-21893-VZ | Diane Lynn Price | 13 |
| 2:19-bk-22027-VZ | Deanna Marie Montjoy | 13 |
| 2:19-bk-22880-WB | Brima Rogee Rogers | 13 |
| 2:19-bk-23076-VZ | Carressquell A. Johnson and La Tonya Johnson | 13 |

| | | |
|---|---|---|
| 2:19-bk-23167-SK | Titus Tuiasosopo and Cheannie Tuiasosopo | 13 |
| 2:19-bk-24444-NB | Billy Bruce Rubio | 13 |
| 2:20-bk-10316-WB | Michael Dwayne Harrison and Sheri Elaine Harrison | 13 |
| 2:20-bk-10957-VZ | Edik Mangasarian | 13 |
| 2:20-bk-13404-SK | Maribel B Del Mar | 13 |
| 2:20-bk-14135-SK | Carlos Gonzalez and Claudia Gonzalez | 13 |
| 2:20-bk-14199-WB | Jose N. Vasquez | 13 |
| 2:20-bk-15017-WB | Benjamin Valladares Colin | 13 |
| 2:20-bk-15257-NB | Marla Rachelle Jimenez-Davis | 13 |
| 2:20-bk-15584-SK | Daniel Ralph Olague, Jr. and Stephanie Olague | 13 |
| 2:20-bk-15990-NB | Adrian T Bean | 13 |
| 2:20-bk-17632-VZ | Jerry Weiss | 13 |
| 2:20-bk-17833-WB | William Alfred Cramer | 13 |
| 2:20-bk-19904-NB | Margaret Rochelle Bagby | 13 |
| 2:20-bk-20249-NB | Jonathan Jones | 13 |
| 2:20-bk-20799-RK | Seung Hyeon Pak | 7 |
| 2:21-bk-11242-NB | Laura Cathleen Sherman and Jill Marilee Duncan | 13 |
| 2:21-bk-11529-BR | Zollie Stevens | 11 |
| 2:21-bk-11689-NB | Agustin Molina and Miriam Molina | 13 |
| 2:21-bk-11766-SK | Jocelyn Mejia Dosdos | 13 |
| 2:21-bk-11969-WB | Leonardo Corona | 13 |
| 2:21-bk-12171-BR | Z Real Estate Holdings LLC | 11 |
| 2:21-bk-15934-SK | Jorge Lopez, Jr. and Priscilla Serrano | 13 |
| 2:21-bk-16566-NB | Gabriela Martinez | 13 |
| 2:21-bk-16672-WB | Claudia Villaverde Ballester | 13 |
| 2:21-bk-17518-VZ | Kristopher Fernandez, Jr. | 13 |
| 2:21-bk-18463-NB | Lilia Lugo Vera | 13 |
| 2:21-bk-18528-WB | Vision Adelante | 7 |
| 2:21-bk-18656-NB | Wayne Lawrence Simon | 13 |
| 2:22-bk-10107-VZ | Imelda Alcazar | 13 |
| 2:22-bk-11324-NB | Jeanette Jefferson | 13 |
| 2:22-bk-11347-NB | Adonis Ogbeni | 13 |
| 2:22-bk-11439-SK | Zenaida Portugal | 13 |
| 2:22-bk-12164-NB | Rosa Candida Perez | 13 |
| 2:22-bk-12194-VZ | Colleen Obeid | 13 |
| 2:22-bk-12960-SK | Kenneth Bryan Shanklin | 13 |
| 2:22-bk-13111-VZ | Carlos Jr. Garcia | 13 |
| 2:22-bk-13282-WB | Janet Marie Dansby | 13 |
| 2:22-bk-13340-WB | Theresa Kang | 13 |
| 2:22-bk-13886-WB | Shehan Tantula | 11 |
| 2:22-bk-14154-NB | Florence Annette Reed | 13 |
| 2:22-bk-14360-NB | Arizona Wilson | 13 |
| 2:22-bk-15052-VZ | Joseph Daniel Izhakpor | 13 |
| 2:22-bk-15254-VZ | Eric Paul Elliot | 13 |
| 2:22-bk-15509-NB | Tara Carlos Lico and Shellan Yvette Lico | 13 |
| 2:22-bk-15972-SK | Jaime LaSalle | 13 |
| 2:22-bk-15987-SK | Firouzeh Harounian | 13 |

| Case Number | Debtor Name | Chapter |
|---|---|---|
| 2:22-bk-16486-SK | Jaime G Silva | 13 |
| 2:22-bk-16744-SK | Jesus Salvador Rosales | 13 |
| 2:22-bk-16787-WB | Georgianna Gigi Johnson | 13 |
| 2:22-bk-16891-NB | Pascual Andrade | 13 |
| 2:22-bk-17016-WB | Patricia R Sylve | 13 |
| 2:23-bk-10273-SK | Stephen C Forde | 13 |
| 6:13-bk-26277-MH | Charles Frederick Biehl | 7 |
| 6:13-bk-26422-WJ | Donovan B. Johnson and Regina L. Johnson | 13 |
| 6:15-bk-11774-MH | David K Fishbeck | 7 |
| 6:15-bk-19432-MH | Kirk Eugene Frantz and Mary Elizabeth Frantz | 13 |
| 6:16-bk-19783-RB | Melanie Lourdes Davis | 13 |
| 6:17-bk-10887-SY | Josefina Contreras | 13 |
| 6:17-bk-11131-RB | Bruce Howard Ruggles and Ann Marie Ruggles | 13 |
| 6:17-bk-12734-WJ | Rhonda Yvette Humphrey and George Robinson, Jr. | 13 |
| 6:17-bk-12781-SY | Michael Alan Collins | 13 |
| 6:17-bk-13880-WJ | Longino Navarro | 13 |
| 6:17-bk-14702-SY | Timothy Robert Kelley | 13 |
| 6:17-bk-14789-RB | Sadia Sohail | 13 |
| 6:17-bk-15688-SY | Leslie Everett Magness and Kristen Marie Magness | 13 |
| 6:17-bk-17642-WJ | Ed Anthony Rodriguez | 13 |
| 6:17-bk-19009-SY | Nicholas McMaster and Marina McMaster | 13 |
| 6:17-bk-19130-RB | Roger C. Rosal and Rosalinda N. Rosal | 13 |
| 6:17-bk-19611-RB | Larry Gene Hannah and Susan Harris Hannah | 13 |
| 6:17-bk-20363-WJ | Ruben Sanchez, Jr. and Martha Isabel Sanchez | 13 |
| 6:18-bk-10037-RB | Patricia Cuen | 13 |
| 6:18-bk-11224-SY | Albert A. Medina and Evangelina R. Medina | 13 |
| 6:18-bk-11482-WJ | Justin Matthew Palmer and Nicole Sue Palmer | 13 |
| 6:18-bk-12323-RB | Kevin E Horton and Manuel F. Dela Rosa | 13 |
| 6:18-bk-13399-SY | Herman W Nickson and Joy L Nickson | 13 |
| 6:18-bk-14225-RB | Karen Patricia Boyd | 13 |
| 6:18-bk-15168-WJ | Jeu Victor Soria, Sr. and Elisa Gallardo | 13 |
| 6:18-bk-15770-SY | Gabriel Garcia Lopez and Sonia Rocio Garcia | 13 |
| 6:18-bk-16237-RB | Miguel Santa Maria and Lilia Maldonado | 13 |
| 6:18-bk-16925-WJ | Amber R. Armendariz | 13 |
| 6:18-bk-17735-RB | Carlos Garcia | 13 |
| 6:18-bk-18392-SY | Martin R. Miramontes | 13 |
| 6:18-bk-18796-WJ | Gideon Duran Ondap, Jr. and Eleanor M Derequito | 13 |
| 6:18-bk-19680-SY | Kathryn E Roman and Paul Roman | 13 |
| 6:18-bk-20021-WJ | Olga Martin Arriaga | 13 |
| 6:18-bk-20787-RB | Terri Tavona Randolph | 13 |
| 6:19-bk-10127-WJ | William Coleman and Afua P Owusu-Banahene | 13 |
| 6:19-bk-11022-SY | Jose A. De Oleo Pinales | 13 |
| 6:19-bk-11044-WJ | Ronald M. Moore | 7 |
| 6:19-bk-11364-SY | Robert J Turner | 13 |
| 6:19-bk-12007-SY | Jerome Bazille | 13 |
| 6:19-bk-12218-RB | Keionna Marie Pitts | 13 |
| 6:19-bk-13500-RB | Joe A Pickens, II | 13 |

| | | |
|---|---|---|
| 6:19-bk-13761-RB | M Evan Parker-Calderon and Elton Parker-Calderon | 13 |
| 6:19-bk-14278-WJ | Ramon V Rubio and Angelica P Rubio | 13 |
| 6:19-bk-14348-SY | Richard Parnell | 13 |
| 6:19-bk-15273-WJ | Ray Anthony Valona and Laura Jean Valona | 13 |
| 6:19-bk-15703-SY | Mark J. Pacitti and Diane L. Pacitti | 13 |
| 6:19-bk-15755-RB | Steven Martinez-Large and Amber Martinez-Large | 13 |
| 6:19-bk-16298-RB | Juan Antonio Clement and Karen Lynn Clement | 13 |
| 6:19-bk-18105-RB | Jason Benjamin Marlow and Linda Sue Marlow | 13 |
| 6:19-bk-18726-RB | Frank E Sharaby | 13 |
| 6:19-bk-19373-SY | Gerardo Manuel Aceves Ugarte | 13 |
| 6:19-bk-20173-RB | Roshanda Jeannen Dodds | 7 |
| 6:19-bk-20193-RB | Nery B. Mejia | 13 |
| 6:19-bk-20494-SY | Robert Brandyn Harris | 13 |
| 6:19-bk-20578-SY | Linda Elston Chambers | 13 |
| 6:19-bk-20652-SY | Diane M DeLong | 13 |
| 6:19-bk-20662-SY | Scott M Johnson and Nancy I Tenorio | 13 |
| 6:20-bk-10431-RB | Forst Levert Hooper and Kimberly Hooks Hooper | 13 |
| 6:20-bk-11457-WJ | David Allen Cramer | 7 |
| 6:20-bk-11777-RB | Daniel Anthony Moral and Jennifer Rios | 13 |
| 6:20-bk-11883-RB | Brenda M Rees | 13 |
| 6:20-bk-15346-WJ | Kevin E. Mitchell | 13 |
| 6:20-bk-16293-SY | Juan Huerta | 13 |
| 6:21-bk-10531-SY | Reginald M Benjamin and Iwona Benjamin | 13 |
| 6:21-bk-12773-SY | Maria Elena Duran | 13 |
| 6:21-bk-14451-RB | Freddie Frank Crespin | 13 |
| 6:22-bk-10160-RB | Jorge Ramirez | 13 |
| 6:22-bk-10243-SY | Adrian Cortez | 13 |
| 6:22-bk-11185-WJ | Rosalie Jean Moreno | 13 |
| 6:22-bk-11243-WJ | Patricia Ann Doublet | 13 |
| 6:22-bk-11937-SY | Bertha Ultreras | 13 |
| 6:22-bk-13926-RB | Edward James Singelyn | 11 |
| 6:22-bk-14577-RB | Marjorie H Sgarrella | 11 |
| 8:11-bk-20448-SC | Yan Sui | 7 |
| 8:14-bk-11335-TA | Plaza Healthcare Center LLC | 11 |
| 8:14-bk-11363-TA | RRT Enterprises LP | 11 |
| 8:16-bk-12463-SC | Marzieh Bagheri-Tari | 11 |
| 8:16-bk-13562-MH | Mark James Matthews and Margarette Rose Matthews | 13 |
| 8:16-bk-14504-MH | Ashraf Sami Abdel Malek | 13 |
| 8:17-bk-10810-MH | Robert Popplewell | 13 |
| 8:17-bk-13011-MH | Dolores Rojas | 13 |
| 8:17-bk-14446-MH | Gilda Noemi Sanchez and Cesar Jacobo Perez | 13 |
| 8:17-bk-14729-MH | Shellaine Alonsagay-del Campo | 13 |
| 8:17-bk-14950-TA | Kellie J Richardson-Ford | 13 |
| 8:18-bk-11476-TA | Venus Williams | 13 |
| 8:18-bk-11549-MH | Joann Marie Brown | 13 |
| 8:19-bk-10737-MH | Carlos Ernesto Herrera and Edna Lilian Velado | 13 |
| 8:19-bk-11317-MH | Charles William Hutchison | 13 |

| Case Number | Debtor | Chapter |
|---|---|---|
| 8:19-bk-11368-MH | Jean Anne Turner | 13 |
| 8:19-bk-11407-MH | Hugh Robinson | 13 |
| 8:19-bk-12140-TA | Rhonda Lynn Brown-Palacios | 13 |
| 8:19-bk-12603-TA | David Bergman and Anne Bergman | 13 |
| 8:19-bk-12759-MH | Grant Goffinet and Jennifer Goffinet | 13 |
| 8:19-bk-13921-MH | Stephen Jacob Maki | 13 |
| 8:19-bk-14411-TA | Wesby Owens, Jr. and Cheyenne Ramona Owens | 13 |
| 8:19-bk-14613-TA | Alan G. Gonzalez | 13 |
| 8:19-bk-14950-MH | Lonnie M Tee | 13 |
| 8:20-bk-11234-MH | Susan Rosemarie Wahl | 13 |
| 8:22-bk-10577-MH | Graciela Esther Holguin | 13 |
| 8:22-bk-11134-TA | Tae H Ko | 7 |
| 8:22-bk-11950-TA | Lucio Odir Merino | 13 |
| 9:12-bk-13053-RC | Gilberto Javier Caballero and Manuela Ruiz | 13 |
| 9:17-bk-10021-RC | John Gardener Mahon | 13 |
| 9:18-bk-10505-RC | Nathan Barreras | 13 |
| 9:18-bk-10643-RC | Rene D Cobos and Teri L Cobos | 13 |
| 9:18-bk-11706-RC | Roy G Howat | 13 |
| 9:18-bk-12062-RC | Roni Burks | 13 |
| 9:19-bk-10080-RC | Jorge Guerrero and Rosa Maria Guerrero | 13 |
| 9:19-bk-12044-RC | Anabel Hernandez Munoz | 13 |
| 9:20-bk-10709-RC | John Wayne Burdett | 13 |
| 9:22-bk-10445-RC | Maria I Olea | 13 |
| 9:22-bk-10557-RC | Silviano Cedano Quezada | 13 |