Paul V. Reza, SBN 113512
30012 Ivy Glenn Dr. Ste. 285
Laguna Niguel, CA 92677
Mailing Address:
P.O. Box 4931
Mission Viejo, CA 92690
949-496-0718, f 949-496-7654
Paul@pvrlaw.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| IN RE<br><br>PATRICIA ANN DOUBLET<br><br>DEBTOR | Case No.: 6:22-bk-11243 WJ<br><br>**WITHDRAWAL OF MOTION FOR RELIEF FROM STAY BY SCHOOLSFIRST FEDERAL CREDIT UNION** |

SchoolsFirst Federal Credit Union hereby withdraws the Motion for Relief from Stay based upon the terms of the proposed confirmation of the Plan.

Dated this day of February 8, 2023

_____
Paul V. Reza, Attorney for
SchoolsFirst Federal Credit Union

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

30012 Ivy Glenn Dr. Ste. 285, Laguna Niguel, CA 92677

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION FOR APPROVAL OF SETTLEMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/08/2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson (TR)** notice-efile@rodan13.com; **Benjamin Heston** bheston.ecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net; **United States Trustee (RS)** ustpregion16.rs.ecf@usdoj.gov; **Kristin A Zilberstein** Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/08/23 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Patricia Ann Doublet
4890 Huntsman Place
Fontana, CA 92336

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/08/2023 | Paul V. Reza | /s/ Paul V. Reza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012      F 9013-3.1.PROOF.SERVICE