1  ROD DANIELSON, Chapter 13 Trustee
   Bridget Kelly, 256197
2  3787 University Avenue
   Riverside, CA   92501
3  (951) 826-8000   FAX (951) 826-8090

4

5

6

7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                          RIVERSIDE DIVISION

                                    )   Case No.: 6:22-bk-11243-WJ
12                                  )
   IN RE:                          )   Chapter 13
13                                  )
                                    )   CHAPTER 13 TRUSTEE'S MOTION TO
14 PATRICIA ANN DOUBLET,           )   DISMISS AND OBJECTION TO PLAN
                                    )   CONFIRMATION
15                                  )
           Debtor(s).              )
16                                  )   Confirmation Hearing
                                    )   Date: February 27, 2023
17                                  )   Time: 11:00 AM
                                    )   Courtroom: 304
18 _____ )

19

20     The Chapter 13 Trustee hereby moves for an order dismissing this case.   Any

21 opposition to this motion should be filed by February 20, 2023.

22     Dismissal is requested pursuant to 11 U.S.C. § 1307(c)(1) and LBR 3015-1(k)(4) for

23 failure to make all plan payments due.  Since the filing of this petition on April 2, 2022, ten

24 plan payments have come due.   As of today's date, only nine plan payments have been

25 received.  The current delinquency is $4,541.

-2-

1          For all the foregoing reasons, the Chapter 13 Trustee objects to confirmation of the

2  plan and requests the case be dismissed.

3

4  Dated:  February 8, 2023

ROD DANIELSON, Chapter 13 Standing Trustee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

### DECLARATION OF BRIDGET KELLY

2      I, BRIDGET KELLY, declare as follows:

3      1.      I am an attorney licensed by the State of California to practice law.  I am a Staff

4  Attorney for Rod Danielson, Chapter 13 Standing Trustee for the Riverside Division of the

5  United States Bankruptcy Court for the Central District of California.  I am admitted to practice

6  before the District Court for the Central District of California.

7      2.      I have personally reviewed the files, records, and documents in this case and I am

8  familiar with the facts contained in those documents.  If called as a witness, I could and would be

9  able to testify as to the facts contained therein.

10

11      3.      Since the filing of this petition on April 2, 2022, ten plan payments have come

12  due.

13      4.      As of today's date, only nine plan payments have been received.

14      5.      The current delinquency is $4,541.

15      I declare under penalty of perjury that the foregoing is true and correct and that this

16  declaration was executed by me at Riverside, California.

17

18

19  DATED:  February 8, 2023

20                                      Bridget Kelly

21

22

23

24

25

-3-

| In re:   **PATRICIA ANN DOUBLET** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:22-bk-11243-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING  ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On

_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2.   SERVED BY UNITED STATES MAIL:**
On **2/8/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here contitutes a declaration that mailing

Debtor
PATRICIA ANN DOUBLET
4890 HUNTSMEN PLACE
FONTANA, CA  92336

Attorney for Debtor
HESTON & HESTON,
ATTORNEYS AT LAW
19700 FAIRCHILD RD, STE 280
IRVINE, CA  92612

☐ Service Information continued on attached pag

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **02/08/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or  (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here

HONORABLE WAYNE E. JOHNSON
3420 TWELFTH STREET
COURTROOM 304
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pag

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - BK

JUNE 2012

**F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

_____2/8/2023_____          _____Susan Jones_____          _____
Date                              Printed Name                                    Signature

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:173 - BK

JUNE 2012                                                              **F 9013-3.1.PROOF.SERVICE**