HESTON & HESTON
BENJAMIN HESTON (297798)
19700 Fairchild Road, Suite 280
Irvine, California 92612
Tel: (951) 290-2827
Fax: (949) 222-1043
ben@hestonlaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>Debtor. | Case No.: 6:22-bk-11243-WJ<br><br>Chapter 13<br><br>**OPPOSITION TO TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION**<br><br><u>Hearing</u><br>Date: 2/20/2023<br>Time: 11:00 AM<br>Courtroom: 304 |

TO ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor, Patricia Ann Doublet, hereby opposes the Trustee's Motion to Dismiss and Objection to Plan Confirmation on the grounds that she is current on payments and the Motion is moot.

                                                                          HESTON & HESTON

Date: February 20, 2023

                                                                          BENJAMIN R. HESTON
                                                                          Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100
Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO TRUSTEE'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Paul V Reza    pvr1789@gmail.com, PVRLaw@gmail.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Kristin A Zilberstein    Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/20/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge Wayne E. Johnson**
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/20/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE