**FILED & ENTERED**

**FEB 23 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>               Debtor. | Case No.: 6:22-bk-11243-WJ<br><br>CHAPTER 13<br><br>**DISMISSAL ORDER**<br><br><u>Hearing Date:</u><br>Date:   February 27, 2023<br>Time:   11:00 a.m.<br>Ctrm.:  304 |

- 1 -

1    A status conference and continued confirmation hearing are currently scheduled for
2    February 27, 2023 at 11:00 a.m.  On February 8, 2023, Rod Danielson, the chapter 13 trustee,
3    timely filed a motion to dismiss this case [docket #58].  The debtor, Patricia Ann Doublet, filed
4    opposition to the motion to dismiss on February 20, 2023 [docket #59] with an incorrect hearing
5    date and another duplicate response on February 21, 2023 with the correct hearing date
6    [docket #60].

    Earlier today, the Court entered a separate memorandum of decision containing its findings of fact and conclusions of law regarding the motion.  For the reasons stated therein, the Court hereby ORDERS:

    1.    The motion is granted.  This case is dismissed.

IT IS SO ORDERED.

###

Date: February 23, 2023

_____
Wayne Johnson
United States Bankruptcy Judge