United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11243-WJ |
| Patricia Ann Doublet | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2023 | Form ID: ntcdsm | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Doublet, 4890 Huntsmen Place, Fontana, CA 92336-0401 |
| 41143055 | | Shellpoint Mortgage Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 41143056 | + | Trustee Corps, 17100 Gillette Avenue, Irvine, CA 92614-5603 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Feb 24 2023 05:34:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 24 2023 05:34:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41227177 | | EDI: CALTAX.COM | Feb 24 2023 05:34:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41143050 | | EDI: CALTAX.COM | Feb 24 2023 05:34:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, Sacramento, CA 95812-2952 |
| 41143051 | + | EDI: IRS.COM | Feb 24 2023 05:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41143052 | | Email/Text: EBN@Mohela.com | Feb 24 2023 00:34:00 | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 41143053 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Feb 24 2023 00:34:00 | SchoolsFirst Federal Credit Union, PO Box 11547, Santa Ana, CA 92711-1547 |
| 41143054 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 24 2023 00:34:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 41207871 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 24 2023 00:34:00 | THE BANK OF NEW YORK MELLON, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON |
| cr | * | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana, CA 92711-1547 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2023 | Form ID: ntcdsm | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kristin A Zilberstein | on behalf of Creditor THE BANK OF NEW YORK MELLON Kris.Zilberstein@Padgettlawgroup.com BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Paul V Reza | on behalf of Creditor SchoolsFirst Federal Credit Union pvr1789@gmail.com  PVRLaw@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Patricia Ann Doublet
aka Patricia Ann Doublet-De Lion

**BANKRUPTCY NO.** 6:22-bk-11243-WJ

**CHAPTER** 13

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-2961
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 2/23/23

**Address:**
4890 Huntsmen Place
Fontana, CA 92336

You are notified that an order was entered **DISMISSING** the above-captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: February 23, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm-ndms Rev. 06/2017

**63 / YG**