United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11243-WJ |
| Patricia Ann Doublet | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Ann Doublet, 4890 Huntsmen Place, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kristin A Zilberstein | on behalf of Creditor THE BANK OF NEW YORK MELLON Kris.Zilberstein@Padgettlawgroup.com BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Paul V Reza | on behalf of Creditor SchoolsFirst Federal Credit Union pvr1789@gmail.com PVRLaw@gmail.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**FILED & ENTERED**

FEB 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>　　　　　Debtor. | Case No.: 6:22-bk-11243-WJ<br><br>CHAPTER 13<br><br>**DISMISSAL ORDER**<br><br>Hearing Date:<br>Date:　February 27, 2023<br>Time:　11:00 a.m.<br>Ctrm.:　304 |

- 1 -

A status conference and continued confirmation hearing are currently scheduled for February 27, 2023 at 11:00 a.m.  On February 8, 2023, Rod Danielson, the chapter 13 trustee, timely filed a motion to dismiss this case [docket #58].  The debtor, Patricia Ann Doublet, filed opposition to the motion to dismiss on February 20, 2023 [docket #59] with an incorrect hearing date and another duplicate response on February 21, 2023 with the correct hearing date [docket #60].

Earlier today, the Court entered a separate memorandum of decision containing its findings of fact and conclusions of law regarding the motion.  For the reasons stated therein, the Court hereby ORDERS:

1. The motion is granted.  This case is dismissed.

IT IS SO ORDERED.

###

Date: February 23, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge