# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, February 27, 2023**             **Hearing Room 304**

---

<u>11:00 AM</u>
**6:22-11243    Patricia Ann Doublet**            **Chapter 13**

   **#7.00**    Confirmation of Chapter 13 Plan

            FROM: 6-1-22, 9-26-22

                        Docket    13
        \*\*\* **VACATED** \*\*\*    REASON: CASE DISMISSED 2-23-23

**Matter Notes:**

    - NONE LISTED -

**Tentative Ruling:**

| Party Information |
|---|

**<u>Debtor(s):</u>**

    Patricia Ann Doublet                      Represented By
                                                             Benjamin R Heston

**<u>Trustee(s):</u>**

    Rod Danielson (TR)                       Pro Se