United States Bankruptcy Court
Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, February 27, 2023**     Hearing Room    304

<u>11:00 AM</u>
**6:22-11243**    **Patricia Ann Doublet**     Chapter 13

    **#8.00**    Hrg re status conference regarding confirmation of the chapter 13 plan

        FROM: 5-18-22, 9-26-22

                            Docket    1
       *** VACATED ***    REASON: CASE DISMISSED 2-23-23

**Matter Notes:**
    - NONE LISTED -

**Tentative Ruling:**

| Party Information |
|---|

**Debtor(s):**

    Patricia Ann Doublet                       Represented By
                                                     Benjamin R Heston

**Trustee(s):**

    Rod Danielson (TR)                        Pro Se